FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2020

No. 04-20-00228-CR

Jorge **RODRIGUEZ**, Jr.,
Appellant
v.
The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000030D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The reporter's record was originally due June 29, 2020, but was not filed. On July 15, 2020, this court notified the court reporter that the reporter's record was late and to file either a notification of late record by July 25, 2020 or the reporter's record by August 14, 2020. At this time, the court reporter has not responded to our notice. We therefore **ORDER** the court reporter to file the reporter's record **by September 10, 2020. Failure to respond may result in contempt proceedings.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court